

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2017

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Luis Diaz, Jr., et al.</u>,
              17 Cr. 077 (WHP)

Dear Judge Pauley:

      In accordance with the Court's instructions, the Government respectfully submits the parties' joint proposed statement of the case in advance of trial in this matter currently scheduled for November 6, 2017.

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney for the
                              Southern District of New York

              By:      /s/
                              Edward B. Diskant
                              Daniel M. Tracer
                              Benet J. Kearney
                              Assistant United States Attorneys
                              (212) 637-2294/2329/2260

Cc (by ECF):  All Counsel of Record