UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

- v. -

LUIS DIAZ, JR., and
LUIS JAVIER DIAZ,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOINT PROPOSED
STATEMENT OF THE CASE

17 Cr. 077 (WHP)

        This is a criminal case. The Government has alleged that the defendants, Luis Diaz, Jr., and Luis Javier Diaz, through their Florida-based company, Miami Equipment, operated an unlicensed money transmission business and engaged in international money laundering between 2010 and 2016. They are alleged to have done so with, and on behalf of, various individuals and entities based primarily in Venezuela and other parts of Latin America. The defendants deny these charges and have pled not guilty to them.

1